DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MARY JENNINGS
15 MUIRFIELD RD.
HALF MOON BAY, CA 94019

Debtor(s)

Chapter 13
Case No: 19-30861 DM

# REQUEST FOR ENTRY OF DEFAULT
# AND DECLARATION OF DEFAULT BY TRUSTEE IN
# SUPPORT OF MOTION TO DISMISS
# AND REQUEST FOR ORDER

The undersigned declares:

    I am the custodian and/or keeper of the business records referenced herein, and as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration. If called upon as a witness, I could and would competently testify to the facts contained herein.

    Trustee's Notice of Motion and Motion to Dismiss were e-filed on October 9, 2019 on the court's electronic docket. On the same day, the Notice of Motion, the Motion to Dismiss and the Declaration of David Burchard, Trustee were served on Debtor(s) and their attorney of record. The corresponding Certificates of Mailing were e-filed on the same day on the court's electronic docket.

    Trustee's motion and the notice of motion were properly and timely served.

    Debtor has not timely filed or served an opposition to Trustee's Motion to Dismiss at least 14 days before the hearing set for November 20, 2019.

    For the reasons set forth in the Motion to Dismiss, Trustee respectfully request the Court approve the Motion to Dismiss, drop the matter from the calendar, and enter an Order by default pursuant to Bankruptcy Local Rule 9014-1.

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 7, 2019 Foster City, California.

Dated:  November 7, 2019

DAVID BURCHARD
_____
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Request for Entry of Default and Declaration of Default by Trustee in Support of Motion to Dismiss and Request for Order** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    MARY JENNINGS
    15 MUIRFIELD RD.
    HALF MOON BAY, CA 94019

The following recipients have been served via Court's Notice of Electronic Filing:

    THOMAS A MOORE
    tomamoore@hotmail.com

Dated:     November 7, 2019             <u>ROSA GARCIA</u>
                                                         ROSA GARCIA