DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475



**Entered on Docket
November 07, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: November 7, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re:**

MARY JENNINGS

Debtor(s)

Case No.: 19-30861 DM

Chapter 13

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION**

On October 9, 2019, DAVID BURCHARD, Trustee filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

Debtor(s) having failed to file timely opposition to Trustee's motion, the Court hereby orders:

IT IS NOW ORDERED that the Debtor(s)' proceedings herein be dismissed, and that any restraining orders heretofore issued be dissolved. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

1

**COURT SERVICE LIST**

MARY JENNINGS

15 MUIRFIELD RD.

HALF MOON BAY, CA 94019